UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Faraad Muhammad_
Plaintiff

vs.                                    Civil Action No._____

_CIA agent Maritza Et. Al._
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 29th day of December, 2006, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 26th day of December, 2006

in favor of _CIA agent Maritza Et. al._

against said _Faraad Muhammad_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:   CIA AGENTS

MICHAEL WALSTON          PHYL MYERS              GEORGE CLIFTON
JULIAN YOUSEF            BRANDY LABRONE          NADAR MUHAMMAD
CHRIS FULLILOVE          WILLIAM MOONEY          NAOMI HARRIS
MARITZA                  RUSSELL WASHINGTON      MEECA MUHAMMAD
STAR                     TOM KELLNHOFFER         HELSUM COOK
TIM BODDEN               DIEDRICK JACKSON        JOHN MUHAMMAD
ANDREW KESSLER           ZACK HASTER
HASEEM BURNETTE          TERRY TAYLOR
TOM COLASURDO            BRYAN BONNER

cont on pg 2

NADAR MUHAMMAD 833 RIDGE DR. #1108 Rochelle, IL. 60115

NAOMI HARRIS 107 SEVENTH AVE. APTS. #23 Rochelle, IL 61068

ELOIS D. HARRIS OAK TREE APTS. 300 S. MAIN ST. Rochelle, IL. 61068 #49

JOHN MUHAMMAD OR HARRIS 315 DES PLAINES AVE FOREST PARK, IL. 60130

MEDINAH HARRIS OAK TREE APTS. 300 S. MAIN ST. Rochelle, IL. 61068 #49

VERSIE HARRIS 335 N MENARD #501 Chicago, IL 60644

MECCA MUHAMMAD 421 N 3RD ST. #2 Rochelle, IL. 61068

DORA CONTRAREZ 833 RIDGE DR. #1108 Dekalb, IL. 60115

OGLE Co. PUBLIC DEFENDER MR. RILEY 412 W. WASHINGTON ST. Oregon, IL. 61061

OGLE Co. SHERIFFS SGT. OF THE JAIL MILLY 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS SGT. OF THE JAIL JENNIFER ASHLEY 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS SGT. OF THE JAIL LAURA 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS DEPUTY DAN DAUBE 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS DEPUTY RENEE BICKSLER 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS DEPUTY EARNEY HAUJEAGEU 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS DEPUTY CHAD GULLOCK 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS DEPUTY TROY KENDALLMEN 103 JEFFERSON ST. OREGON, IL. 61061

OGLE Co. SHERIFFS DEPUTY TIM BUSCE 103 JEFFERSON ST. OREGON, IL. 61061

Lt. Dan Gerace of the Dekalb Police Department 200 S. Fourth St. Dekalb, IL. 60115

**FILED**

DEC 26 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FARAUD K. MUHAMMAD,         )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No.  06 2193
                            )
CIA AGENT, et al.,          )
                            )
        Defendants.         )

Received by me on the 28th of De---

### MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Generally, plaintiff holds defendants responsible for observing him on hidden cameras, following him, defaming him, poisoning his food with cyanide and toxic amoeba, and monitoring his brainwaives, among other things. He demands defendants' arrest, but does not appear to demand any other relief.

The court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b)(1). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged

are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

The court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Having reviewed plaintiff's complaint, the court concludes that its factual contentions are baseless and wholly incredible. For this reason, the complaint is frivolous and must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Gladys Kessler
United States District Judge

Date: Dec. 19, 2006

**FILED**

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FARAUD K. MUHAMMAD,              )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    Civil Action No.  06 2193
                                 )
CIA AGENT, et al.,               )
                                 )
        Defendants.              )

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED with prejudice as frivolous.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: Dec 19, 2006

Gladys Kessler
United States District Judge